| | | | |
|---|---|---|---|
| Murphy v. W.C.A.B. (Ace Check Cashing Inc.) ......... | 11/02/2015 | 137 EAL (2015) | Denied | Pa.Cmwlth., 110 A.3d 227 |
| State Employees' Retirement System v. Pennsylvanians for Union Reform | 10/27/2015 | 281 MAL (2015) | Denied | Pa.Cmwlth., 113 A.3d 9 |
| Tobler v. W.C.A.B. (Verizon Pennsylvania Inc.) ....... | 12/01/2015 | 465 EAL (2015) | Denied | Pa.Cmwlth., 120 A.3d 448 |
| 525 Lancaster Ave Apts, LP v. Berks County Bd. of Assessment Appeals; Berks County Bd. of Assessment Appeals, In re ....... | 10/27/2015 | 304 MAL (2015) | Denied | Pa.Cmwlth., 111 A.3d 1231 |